UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONI McCAIN,

        Plaintiff,                                 Case No.  1:06-CV-660

v.                                                   Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on June 11, 2007.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 11, 2007, is approved and adopted as the opinion of the court.  The Commissioner's Motion to Dismiss Plaintiff's Complaint (docket no. 5) is **GRANTED** because the complaint was untimely.

This case is **concluded**.


Dated: July 6, 2007                                                             /s/ Gordon J. Quist
                                                                                   GORDON J. QUIST
                                                                    UNITED STATES DISTRICT JUDGE